

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-14-00552-CV

Cesar **VELEZ**,
Appellant

v.

**UNIVERSITY OF MISSOURI**,
Appellee

From the 408th Judicial District Court, Bexar County, Texas
Trial Court No. 2013-CI-11974
Honorable Solomon Casseb III, Judge Presiding

BEFORE JUSTICE BARNARD, JUSTICE MARTINEZ, AND JUSTICE ALVAREZ

In accordance with this court's opinion of this date, the motion to dismiss is GRANTED and this appeal is DISMISSED.

We order that all costs of this appeal, if any, are taxed against appellant Cesar Velez.

SIGNED February 25, 2015.

_____
Marialyn Barnard, Justice